LISA DOUGLASS
PO BOX 480913
LOS ANGELES, CA 90048
323-346-5175

**LACV20-07006-SVW-ADx**

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CALIFORNIA
### WESTERN DISTRICT

| | |
|---|---|
| LISA DOUGLASS & OTHERS SO SITUATED,<br><br>Plaintiffs<br>V<br>BERTLSEMANN GROUP (GERMANY)<br><br>KAREN TUCKER<br>*Ron Howard*<br>HONEYWELL INTERNATIONAL<br>And their agents<br><br>INTERNATIONAL CREATIVE MANAGEMENT AGENCY<br>LINDA BENSKIN<br>FLORIDA STATE UNIVERISTY<br>BOB SPIVAK<br>CALIFORNIA RESTAURANT ASSOCIATION FOUNDATION<br>MARIANNE MANOCK<br>JARED LIPOF<br>KENT GEIB<br>*Goedy Hoffman*<br>MUSIC AND MEDIA INTERNATIONAL (DAVEY MESHELL AND MIKE CHAPMAN)<br>*Blurcat Screenplay Intl.*<br>GARY PESKIN<br>ROSE'S AGENCY<br><br>CANDY SPELLING<br>ALLIED PROPERTY LLC<br><br>TOM LUTZ<br>LOS ANGELES REVIEW OF BOOKS<br><br>AND 1-10 DOES DEFENDANTS | Case No<br>CLASS ACTION COMPLAINT<br>§2331 Terrorism against Americans<br>18 U.S.C. § 1962(d)<br>**forced labor conspiracy, in violation of 18 U.S.C. § 1594(b) (Count Two); wire fraud conspiracy, in violation of 18 U.S.C. § 1349 (Count Three); sex trafficking offenses, in violation of various provisions of 18 U.S.C. §§ 1591, 1594 (Counts Four, Five, Six); and conspiracy to commit identity theft, in violation of 18 U.S.C. § 1028(f) (Count Seven); 18 U.S. Code § 1091. Genocide**<br>Personality rights are generally considered to consist of two types of rights:<br>1. The right of publicity, or to keep one's image and likeness from being commercially exploited without permission or contractual compensation. This is similar to the use of a trademark and the right of publicity can survive the death of the individual.<br>2. The right to privacy, or the right to be left alone and not have one's personality represented publicly without permission.<br><br>**$1983 Deprivation of Rights**<br><br>FORCED GENDER REASSIGNMENT<br>FORCED STERILIZATION<br>OVARY and UTERUS THEFT<br>MUTILATION AND HATE CRIMES AGAINST AMERICAN WHITE NATIONALS<br>Murder for Hire to steal ovaries<br>18 U.S.C. § 1030(a)(1): Computer espionage. This section takes much of |

1

its language from the <u>Espionage Act of 1917</u>, with the notable addition being that it also covers information related to "Foreign Relations", not simply "National Defense" like the Espionage Act.

Section 806 of the Patriot **Act** amends **U.S.** forfeiture law to allow authorities to seize all foreign and domestic assets from any group or individual that is caught planning to commit **acts of terrorism against** the **U.S.** or **U.S.** citizens

*Suit in Equitable Relief*

JURY TRIAL DEMANDED

The Plaintiff brings this lawsuit out of a series of crimes organized through DEFENDANTS BERTLESMANN GROUP associates, Karen Tucker and Jared Lipof, Bob Spivak, Candy Spelling, Claudia Chandler, David Scott Sir DSS, ROSE'S AGENCY, los Angeles Review of Books, Tom Lutz International Creative Agency, HONEYWELL INTERNATIONAL, Music and Media International AND DOES 1-10 which include biological torture, psychological torture (longterm deprivation of rights to work and rights in education) for Karen Tucker, a federal agent who had interest in **stealing both ovaries from healthy individuals to destroy their reproductive value for "private study" on terror and torture TO execute fear and change for political or social motive**, for Bertelsmann Group and Florida State University organized by ICM. These acts included terrorist acts of violent reproductive harm and longterm stalking by Karen Tucker, Bob Spivak, Kent Geib and Davey Meshell, Marianne Mannock, Linda Benskin among others for Bertlesmann Group.

2

Given Lisa was an actress and a singer who created work, that work was hers by law and she had first rights to use her own image or use her own stories, yet Karen and other Defendants acted to spy on Lisa published stories with intent on harming her personality rights, by intentional injuring her for foreign "agents."

## Short and plain statement of Lawsuit:

This case arises out of a conspiracy against rights with intent to commit terrorist acts on Americans in furtherance of social and political objectives by stealing their reproductive organs after years of gangstalking, abuse and psychological torture, thereby harming their reproductive rights and personality rights. Lisa was procured and groomed while at work, or seeking work by said agents for the Breeding program, meaning she was treated to terrorist acts and torture because of her good genetics while at work to in furtherance of a social and political objective against Americans, which is discrimination and unsafe business practice. Then after firing her without being able to disclose what she had done, Karen told her she was an Alcoholic as AA is being used as an organized criminal gang to stalk and torture victims for the Bertlesmann network which includes Honeywell International who owns and operates Sandia Laboratory and uses terrorist acts for political and social objectives using Karen Tucker to write about stolen ovaries and torture, then to execute those actions in real time on living individuals that she targets for the Network.

Gangstalking for intentional torture, grooming and terrorist acts against American Citizen Lisa Douglass for their breeding program that steals ovaries for transplantation along with violently maiming the faces of their victims through burning technologies.

.

## JURISDICTION

STOLEN ovaries are considered Nuclear Materials by law and this court has jurisdiction over rape and stolen body parts. This case covers long term psychological abuse by Karen Tucker, Colin McGuiness, Kent Geib and other Defendants with intent to gain access to ovaries for theft. Karen's research is for Universities (which includes Keck Medicine) who study these stolen ovaries and sell them to other persons or make babies from them, employing Baby Tourism Federal law. This court has personal jurisdiction over the agents here and in Germany due to18 U.S. Code § 2332i. Acts of nuclear terrorism which states, whoever knowingly and unlawfully (1) In general.—Defendants knowingly and unlawfully—

(A) possesses radioactive material or makes or possesses a device—

(i)

with the intent to cause death or serious bodily injury; or

(ii)

with the intent to cause substantial damage to property or the environment; or

§2331. Definitions (1) the term "international terrorism" means activities that—

(A) involve violent acts or acts dangerous to human life that are a violation of the criminal laws of the United States or of any State, or that would be a criminal violation if committed within the jurisdiction of the United States or of any State;

(B) appear to be intended—

(i) to intimidate or coerce a civilian population;

(ii) to influence the policy of a government by intimidation or coercion; or

(iii) to affect the conduct of a government by mass destruction, assassination, or kidnapping; and

(C) Defendants used foreign agents occur primarily outside the territorial jurisdiction of the United States, or transcend national boundaries in terms of the means by which they are accomplished, the persons they appear intended to intimidate or coerce, or the locale in which their perpetrators operate or seek asylum;

**Causing reproductive harm and gang stalking to torture and terrorize innocent Americans is a Terrorist act, which spans two countries. This court has jurisdiction Murder for Hire (18 U.S.C. Section 1958) in interstate commerce and communicated via phone, or the internet to commit the murder overseas and on Los Angeles soil.**

Why is murder-for-hire potentially a federal crime? Congress has legal jurisdiction over interstate commerce. Interstate commerce includes not only the paths that people can travel between states, but also the use of communication pathways such as the postal service, telephone lines, cellular towers, and other electronic communication.

Q    If the killing can only be accomplished by causing a person to travel over state lines (including the victim), or by communicating the request by phone, mail, or the Internet, the murder-for-hire could be a federal crime. Given Lisa was caused to travel for Karen to steal her second ovary, this is murder for hire and even labeled as such in the press.

## BACKGROUND

Using unlawful gangs talking, abuse and psychological warfare techniques, Karen Tucker employed psychological warfare on fellow waitress, from the Grill (owned by California Restaurant Group, Lisa Douglass with the goal of female genital mutilation AND OVARY THEFT for profit, and stealing the ovaries for foreign agents Bertelsmann Group and KECK Medicine to execute terrorist acts on White Christians in furtherance of political and social objectives. Karen and her co-horts engaged in terrorism to coerce and influence any segment of the civilian population to steal organs and did such acts in California between the years of 2001 through current both acts taking place of longterm bullying and **Terrorism** is defined in the **Code** of Federal Regulations as "the unlawful use of force and violence against persons or property to intimidate or coerce a government, the civilian population, or any segment thereof, in furtherance of political or social objectives" (28 C.F.R. Section 0.85).

The Grill is owned and operated by California Restaurant associates Bob Spivak who works for a Breeding program and uses his own employees to steal ovaries and isolate, groom and, torture for Bertelsmann Group in furtherance of social and political objectives against the interests of the United States of America to steal their babies and their right to earn money.

Bertlesmann Group is an overseas agent who had bad intentions towards Americans and intended on stealing babies and commission of acts of terrorism upon them in furtherance of political and social objectives to eradicate a race of people using Karen Tucker as their agent of change, to coerce and steal rights to procreate with the explicit goal of making money and committing genocide upon them.

Not only did Karen Tucker work with California Restaurant Group to have Lisa fired, she wrote hundreds of letters letters showing intent to harm Lisa by using words and proxies to declare her a mark for torture. Then blaming Lisa for things she didn't do.. Little did Lisa know Karen was hired to groom Lisa by torture by agents of the federal government, employers and Universities as she was equipped to conduct torture in furtherance of a foreign agent in furtherance of her social and political motives.

Karen employed her own husband to send Lisa literally thousands of pieces of music, which indicated intent to injure her---some **called life Among the Savages**. This crime was gender, age and race inspired under direction of Bob Spivak, LA Review of Books, Florida State University and Berltesmann Group and Interntaionals Creative Management did torture, perform witchcraft, mock, cyberstalk and harass Lisa for years to gain access to what made Karen happy, Lisa being kept as a slave and mutilated both in reproductive health, spine and face. Linda Benskin and Marianne Manock also profited on Lisa's injuries. Both posed as friends but organized injuring Lisa and profiting on those injuries.

Karen Tucker was supported by ICM Agents to enact a criminal enterprise against Lisa by posing as her friend. ICM called Lisa in to a job interview which was intended to screen Lisa for their client, Karen Tucker who at all times relevant was stalking Lisa and using psychological grooming techniques so Karen could own her as a slave and steal her two ovaries.

Karen and Jared wanted to torture Lisa and psychologically abuse her and took directions on how to do so from someone, yet after "killing Lisa" on paper and cashing out her life insurance, Karen was rewarded by publishing houses and the Bertlesmann

7

group who informs writers how to use words use an article or book to perform actual rape, torture and uterus theft through use of the written word, "private study" and investigations of unreliable narrators in and out of the classroom as Karen Tucker admits in her Statement of purpose.

After years of abuse that took all different forms of silent treatment or blaming Lisa for things she hadn't done, Bob Spivak invited Aaron spelling to meet Lisa for his Breeding Program at a restaurant where Lisa worked, Karen befriended lisa but always called her Darling (as in writer's kill their darlings) called one day to invite Lisa to work on a short film called ***Purple Velvet Tube Top Madonna***, Lisa was told she was not pretty enough to be in the film and that she could help by doing makeup and was not told working on the film would give Karen and Jared legal rights over her ovaries, uterus and face which Karen ultimately wanted to maim..

Lisa has hundreds of recorded messages from Bertlesmann Agents on her phone, showing long term intent to torture and bully Lisa to gain access to her ovaries. These acts and facts are terrorist in nature and serve to limit freedoms to American White Nationals for the Bertlesmann and La Review of Books. These racist policies are disturbing departure teaching.

This role was only to gain jurisdiction over Lisa to sell her for forced prostitution, gangrape, torture and burning and maiming of her face. As Karen Likes to call it in her "Teaching Profile" a Hodgepodge agenda that includes (having a blast---their code for burning women alive). And using words to enact a DEATH and lighting a fire for her students. Given the Nazi torture program burns women alive, these words take on sinister meaning.

Lisa agreed to work on the film as long as Karen would not publish her name associated with the film. Lisa knew about ageism in Hollywood and did not want her name on the film or her age. Karen with intent to cause Lisa psychological and professional harm and to target her for "murder" to cash out her life insurance and sell her babies with the help of Bob Spivak and Berltelmann and Florida State published her age and name despite Lisa's agreement.

Later she found this film was given an award by LA County and they had even paid men to have sex with Lisa and pretend to be her boyfriend. Gay men who had HIV written and organized by Karen Tucker.

Karen was so psychologically abusive that Lisa would never have known La Review of Books and the CDC had hired Karen and Jared to infiltrate Lisa's life with intent on grooming her for their violent injuring her reproductive rights and her face.

ICM asked Lisa to come on a job interview before mutilating her and depriving her of right to work. ROSE'S agency also unlawfully sent Lisa on interviews with a Saudi prince and with Sugar Ray Leonard who were screening her for her body parts, not legittiately giving her a job..

The mockery in Karen's publications of Lisa's injuries and the fact that Karen faked her own death to cash out life insurance shows a long term plot by Karen and Jared to break Lisa psychologically so they could be taken care of financially by the Bertlesmann Group and the Spivak's who run a Nazi Breeding program for the Bertlesmann focusing on torture, deprivation of right to work with the one goal of stealin the uterus and ovaries of innocent Americans to sell and raise the babies away from their true mother.

Berltesmann also hired men to sleep with Lisa pretend to date her with one goal, to break her psychologcilly so they could steal her ovaries and facial bones. Davey Meshell of Music and Media International targeted Lisa and re-wrote her songs to make them into "spells" then had her sight with Music and Media International so Bertelsmann could own her. These acts and facts were in bad faith.

Karen's plot of Murder for Hire was rewarded with allowing her to study Sexual Assault, sexual exploiting Lisa, acting as a Pimp by letting men Lisa had rejected come rape her, cut into her Brain damage and PTSD and baby theft, which Karen had targeted Lisa for years with abuse including plotting to get her fired so she wouldn't have money, mocking her looks. Shunning her friendship, Writing curses to Lisa about the "stolen specialness" of a dress that they bought together, all with the one goal of stealing Lisa's ovaries and maiming and mutilating her for money leaving her severely disabled without any money or rights to disability because Karen did not want Lisa to have rights.

LISA'S injuies related to Karen, Lipof and Bertlesmann, Spivak plot include being exposed to HIV, being lobotomized twice, having both ovaries stolen, a baby made from the injuries on the first surgery 1/29/2015 and being gang raped on two occasions while in custody of the military, all so Karen could research the effects of opiates and sexual assault after posing as a friend, which are made from stealing brain matter from innocent victims.

Given the acts and facts were constituted on American soil on and in the UK, the last violent act taking place on 11/27/2018 in the UK where Bertlesmann agents and associates caused her to travel and sent communications in relation to destruction of a protected computer in exchange for something of value, I am well within the time frame

for filing a case. Karen Tucker's hate crime against Lisa was because of her age, race and with explicit intent on maiming a person for financial gain and intent to psychologically break her, was paid for by the Bertlesmann, LA Review of Books, LA County and the Federal Government and enacted by ICM who unlawfully called Lisa in to work for them, when they were screening her for murder and breeding.

Given all facts and act were conducted through use of wire communications (7) with intent to extort from any person any money or other thing of value, transmits in interstate or foreign commerce any communication containing any—
(A) threat to cause damage to a protected computer;
(B) threat to obtain information from a protected computer without authorization or in excess of authorization or to impair the confidentiality of information obtained from a protected computer without authorization or by exceeding authorized access; or
(C) demand or request for money or other thing of value in relation to damage to a protected computer, where such damage was caused to facilitate the extortion[8]

AFTER THE violent gangrape and mutilation, Medtronic drilled out Lisa's spine with intent on disabling her posture permanently. Karen, with Jared organized the hate crime as actors for the Bertlemann Group who also Hired Kent Geib, Kentertainment on behalf of Sandia Laboratories to gang rape her and sell Lisa to the highest bidder for rape, and violent facial mutilation and ovary theft, which then installed a mask so Lisa cannot breathe and smile and lost the use of her spine, her ability to make expressions and her ability to have sex as the torn out ovaries are intended to castrate the person.

Karen was rewarded with jobs and with two book deals and published and put into many positions of work, yet Lisa was put on a Do Not Buy List and Karen faked her own death to steal Lisa's life insurance with intent on stealing her ovaries, right to work and right to procreate.

. You can read her research on her friend that she deliberatedly targeted, defamed and profited on the violent torture by making up defamatory comments about Lisa.

The facts and acts are detailed in lawsuit number CV20-6448-DSF (JEMX) and CV20-6525-MFW (ASx) show the plot that Karen executed with the help of others in the other two cases, though the exact nature of who Karen worked with to torture Lisa are unknown. Karen is making money on the stolen ovaries, bones and clinical trials of Lisa who she targeted with intent on destroying her by depriving her right to work with the City officials and with ICM and Bertlesmann. Karen makes fun of these torture masks in her bio on the internet. Karen and Jared Unlawfully placing her in clinical trials that deprived her of any rights in America and constituted forced servitude and are still keeping her as a slave.

Karen and Jared acted for the Bertlesmann Group and many others to gangstalk and used psycholgocical warfare techniques with intent on profiting on Lisa's injuries and to extort from Lisa a thing of value in connection with the destruction of a protected computer, ie. Extortion.

I submit under penalty of perjury the facts and acts are true to the best of my understanding and were undertaken to humanly traffic me for commercial sex, sales, auctions and Bertlesmann Group's acts and practices are based on Nazi torture techniques and intend to commit genocide on a race and to sell babies and steal ovaries without consent, as White women are abused and burned while living at the orders and for the

research of Karen Tucker and Jared Lipof for Florida State University and others on this list, most notably LA review of Books, Tom Lutz who met Lisa under the guise of hiring her for a job. When it was clear he had no interest in hiring her, Lisa gave up looking for work as Bob Spivak with Karen had organized no one hire Lisa and this organization of torture was done knowingly and willfully by Karen writing about "lost ovaries" or "women lobotomized" which these agencies use to enact crimes of terrorist acts against Americans. How many Karen has stolen ovaries from is unknown but the network is committing terrorist acts on Innocent White Americans.

Karen and Jared and other Defendants willfully harmed Lisa irreparably and did so with plot and malice to earn money on her through an elaborate bullying scheme that included witchcraft and music with words related to murdering her and stealing her reproductive rights.

Verily Submitted under penalty of Perjury,

Lisa Douglass

Submitted on August 4, 2020

COMPLAINT

Between the years 2007 and after, Karen acting at all times relevant for Bertlesmann Group, Bob Spivak and the LA Reivew of books and others, bullying and sent messages to Lisa with intent to commit psychological warfare on her. Made up lies about her with

the one goal of breaking her psycholically. t/his torture was conducted by and for Bertelsmann and the Keck School of Mediciine who paid Karen to steal body parts and research psychological operations after mutilation, horror and violently stealing Lisa's ovaries and uterus.

Though Lisa did not realize Karen had the ultimate goal of stealing her facial bones and ovaries, Lisa would ask what she had done and Karen was consistently abusive. Even inviting Lisa to a party where Karen instructed all persons to ignore her.

Karen worked with ther Husband and members of City Council to harm Lisa as intended hate crime with intent to mutiatle and own her as a slave  and it is believed acted with LIsa's parents and sister in achieving these goals.

## JURISDICTION AND VENUE

8. This Court has jurisdiction over this action  because this complaint alleges claims under the laws of the United States, specifically the  treason against White Christian Nationals, conspiracy in racketeering conspiracy, in violation of 18 U.S.C. § 1962(d) (Count One); and various of the defendants with participation in a forced labor conspiracy, in violation of 18 U.S.C. § 1594(b) (Count Two); wire fraud conspiracy, in violation of 18 U.S.C. § 1349 (Count Three); sex trafficking offenses, in violation of various provisions of 18 U.S.C. §§ 1591, 1594 (Counts Four, Five, Six); and conspiracy to commit identity theft, in violation of 18 U.S.C. § 1028(f) (Count Seven) and these laws fall under the same controversies of genocide under 18 U.S. Code section 1091:

Genocide: Genocide is defined within 18 U.S. Code section 1091 to include killing

members of a group; causing serious injury to members of a group; causing permanent

impairment to members of a group; subjecting members of a group to conditions intended

to be physically destructive; as De Beers Blood Diamond mining and Bertlesmann use of

music is violently injuring Americans and their right to reproduce and The Age

Discrimination Act of 1975, 34 CFR Part 110, holds that no person in the United States

shall, on the basis of age, be excluded from participation, in be denied the benefits of, or

be subjected to discrimination under, any program or activity receiving Federal financial

assistance, torture for Race and Gender "No one shall be subjected to torture or to cruel,

inhuman or degrading treatment or punishment." This ban on torture and other ill-

treatment has subsequently been incorporated into the extensive network of international

and regional human rights treaties.18 U.S. Code § 1831. Economic espionage

...

.

9. The United States District Court for the Western District of California has

personal jurisdiction over Defendant because though Bertlesmann organizes the bullying,

then rewards those after the ovaries (birth theft and baby theft and kidnapping and

maiming) and face are mutilated, and their headquarters are in Germany, they are

slaughtering White Christians, using jobs and friends to procure victims through

protracted denial of jobs and torture by people like Karen Tucker and Jared Lipof, Davey

Meshell and Kent Geib and Education Facilities and many of the acts complained of and

giving rise to the claims alleged took place in California. Kent Geib also plotted against

Lisa for Sandia as can be seen in his other lawsuits but he works ultimately for

Bertlesmann Group stealing ovaries by framing victims with Co-hort Davey Meshell,

Colin McGuiness and Karen Tucker.

10.     And in this District and Bertlesmann agents Karen Tucker and Jared Lipof and Bob Spivak caused Lisa to travel for violent torture to the UK where they injured her again by stealing her second ovary and performing a lobotomy and facial crushing, then disfiguring her with silicone to procure blood diamonds as this would make Karen Happy. Karen was then rewarded and paid for her bullying and ongoing silent treatment and psychological warfare against Lisa, who did nothing wrong to Karen or Jared but who organized a plot to murder her by stealing her rights and bones and ovaries in exchange for a house and for publishing books.

11. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b), (c)(2) and Civil L.R. 3-2(d) because Plaintiff resides in California where the incidents took place and was caused to be humanly trafficked to UK under illegal protocols to steal her ovary and brain tissue and muscle by Bertlesmann agents, Karen Tucker, Jared Lipof, Davey Meshell, Kent Geib and others mentioned in the other two cases. Thus on two continents Bertlesmann engaged in torture of Lisa Douglass for her White Skin and genetic code to use her for a Nazi Breeding program organized through a long term bullying campaign by Karen Tucker and Jared Lipof, Kent Geib of Sandia Laboratory UCLA and LACCD and Bob Spivak had her fired to set off a series of events with the goal being to collect Lisa's babies and sell them for the Bertlesmann Group which included Candy Spelling and Aaron Spelling.

Each Defendant participated in trafficking humans for sex and violent maiming to make blood diamonds and for "sexual entertainment" and "slavery" and "forced servitude" and placed women in clinical trials without payment for their stolen property and did organize rape and tearing out their ovaries for birth tourism and a nazi breeding program, did subject the women to forced servitude and sexual commercial exploitation and reproductive theft without pay or knowledge of where the stolen babies were (from the torn out ovaries) by licensing them after cutting off their upper jaws claiming the right to art cannot be changed.

The facts and acts were undertaken in bad faith and without payment to the victims forcing the victims into servitude to their agents.

These facts and acts are of my own observation and I have hundreds of letters and recordings from Karen, and other Defendants in the lawsuit to prove the longterm abuse coded spells about Karen wanting to murder me. Linda writing her intent to murder me and my discussions with Marianne Manock who faked her death after my injuries.

This is human slavery and forced servitude in violation of (18 U.S.C. §§ _1589(a)(2), 1589(a)(4), 1591(a)(l), 1594 (b), 1594(c), 2 and 3551 et seq.) and represents terrorist acts on two continents against LIsa's rights.

ICM primarily does business in Los Angeles but their main ownership is in Canada and Lisa was stalked by a Canadian on her Youtube channel. This represents foreign interests in commission of genocide on White American Christian Nationals.

All of the defendants committed treason against Americans, conspired in racketeering

conspiracy, in violation of 18 U.S.C. § 1962(d) (Count One); and charges various of the

defendants with participation in a forced labor conspiracy, in violation of 18 U.S.C. §

1594(b) (Count Two); wire fraud conspiracy, in violation of 18 U.S.C. § 1349 (Count

Three); sex trafficking offenses, in violation of various provisions of 18 U.S.C. §§ 1591,

1594 (Counts Four, Five, Six); and conspiracy to commit identity theft, in violation of 18

U.S.C. § 1028(f) (Count Seven)

## PARTIES

THIS court has personal jurisdiction over the parties as the agents worked here in the

states for foreign agents to commit genocide upon a population AND engaged in

commission of terrorist acts against a population and targeted Lisa for her face and body

parts, then trafficked her for sexual assault using Karen Tucker, Linda Benskin and

Marianne Manock's words to conduct the crimes. These torture and terrorism acts were

conducted on American and United Kingdom soil

BERTLSEMANN GROUP (GERMANY)
Bertelsmann SE & Co. KGaA
Carl-Bertelsmann-Straße 270
33311 Gütersloh

KAREN TUCKER, is a teacher and writer who works for LA Review of Books, Keck
Medicine, Florida State and is located in Florida
Office of the **General Counsel**, 222 South Copeland Street, Suite 424, Tallahassee,
**Florida** 32306-1400

General Counsel
HONEYWELL INTERNATIONAL OWNS AND OPERATES
SANDIA LABORATORY and
2525 W 190th St, Torrance, CA 90504

General Counsel
ICM AGENCY
10250 Constellation Blvd, Los Angeles, CA 90067

FLORIDA STATE U
Office of the **General Counsel**, 222 South Copeland Street, Suite 424, Tallahassee, **Florida** 32306-1400

CALIFORNIA RESTAURANT ASSOCIATION FOUNDATION
California Restaurant Association Foundation
621 Capitol Mall, Suite 2000
Sacramento, CA 95814

JARED LIPOF
26 Montview Drv, Asheville, NC 28801-1114

KENT GEIB acting for Honeywell and Bertlesmann Group did fake his death in order to gain my body parts. I do not know his current whereabouts but I suspect Honeywell and Bertlesmann will.

MUSIC AND MEDIA INTERNATIONAL
*Music & Media International*, Inc. 23 Corporate Plaza, Suite 150. Newport Beach, CA 92260.

(And their agents Mike Chapman and Davey Meshell)

THE ROSE'S AGENCY Jeffrey Rose
37 Cambridge Ave, Pittsfield, MA 01201

CANDY SPELLING
594 S Mapleton Dr, LA 90012

TOM LUTZ
LOS ANGELES REVIEW OF BOOKS
LARB, *6671 Sunset Blvd.*, Suite 1521, Los Angeles, CA 90028.

MARIANNE MANOCK
**5700 Etiwanda Ave**
CANOGA PARK, CA 91342

LINDA BENSKIN
18233 Rancho St, LA, CA 91432

*Gordy Hoffman,*
*Blue cat International*
*113 N San Vicente Blv. 2nd Floor*
*BH, CA 90211*

### ONE
(Against all Defendants and their agents)
Racketeering conspiracy, in violation of 18 U.S.C. § 1962(d)

All defendants participated in procurement, laundering of stolen property and committed such crimes using wire and communications with intent on receiving money for commercial sex acts and maiming of their victims with intent on stealing their ovaries without consent. Through arrangement of destruction of a protected computer in exchange for something of value did defraud America. Using Karen Tucker as an agent to write the words to conduct the crimes and tortured Lisa by psychological protracted warfare with the help of other defendants willfully and with itent to gain money by the torture.

### TWO
(Against all defendants and their agents)

• Forced labor conspiracy, in violation of 18 U.S.C. § 1594(b)

All defendants participated in procurement, laundering of stolen property and installed devices to disfigure and disable Plaintiff and others to unlawfully steal currency and earn royalties gained from stolen property and stolen trademarks and committed such crimes using wire and communications. Through arrangement of destruction of a protected computer in exchange for something of value did procure forced labor without payment to the victims.

### THREE
(Against all Defendants and their agents)

•

Wire fraud conspiracy, in violation of 18 U.S.C. § 1349

All defendants participated in procurement, laundering of stolen property and installed devices to disfigure and disable Plaintiff to earn money on royalties gained from stolen property and stolen trademarks and committed such crimes using wire and communications. Through arrangement of destruction of a protected computer in exchange for something of value which is extortion.


## FOUR
### (Against all Defendants and their agents)

Sex trafficking offenses, in violation of various provisions of 18 U.S.C. §§ 1591, 1594

All defendants participated in procurement, laundering of stolen property and installed devices to disfigure and disable Plaintiff and sell her for commercial sexual exploitation after drugging her to earn money on royalties gained from stolen property and stolen trademarks and committed such crimes using wire and communications. Through arrangement of destruction of a protected computer in exchange for something of value and after asking her for photos so they could auction her for sexual exploitation, baby tourism and maiming and defendants did conspire to steal Lisa's ovaries and uterus among many other body parts for their profit.


## FIVE
### (Against all Defendants and their agents)

Conspiracy to commit identity theft, in violation of 18 U.S.C. § 1028(f)

21

All defendants participated in procurement, laundering of stolen property, including body parts and installed devices to disfigure and disable Plaintiff to steal her rights and identity and did collect payments for her Identity theft, mutilation and rape and continue to collect money for those acts under licensing and royalties.

SIX

(AGAINST ALL DEFENDATNS AND THEIR AGENTS)

# Defendants did commit 18 U.S. Code § 1831. Economic espionage

(a) In General.—Defendants intending or knowing that the offense will benefit any foreign government, <u>foreign instrumentality</u>, or <u>foreign agent,</u> knowingly—

(1)

steals, or without authorization appropriates, takes, carries away, or conceals, or by fraud, artifice, or deception obtains a <u>trade secret</u>;

(2)

without authorization copies, duplicates, sketches, draws, photographs, downloads, uploads, alters, destroys, photocopies, replicates, transmits, delivers, sends, mails, communicates, or conveys a <u>trade secret</u>;

(3)

receives, buys, or possesses a <u>trade secret</u>, knowing the same to have been stolen or appropriated, obtained, or converted without authorization;

(4)

attempts to commit any offense described in any of paragraphs (1) through (3); or

(5)

Defendants conspired with one or more other persons to commit any offense described in any of paragraphs (1) through (3), and one or more of such persons do any act to effect the object of the conspiracy,

shall, except as provided in subsection (b), be fined not more than $5,000,000 or imprisoned not more than 15 years, or both.

(b) Organizations.— DeBeers, Apple Corps, Universal Music, News Corp, National Amusements

did commits any offense described in subsection (a) shall be fined not more than the greater of $10,000,000 or 3 times the value of the stolen <u>trade secret</u> to the organization, including expenses for research and design and other costs of reproducing the <u>trade secret</u> that the organization has thereby avoided.

SEVEN

22

AGAINST ALL DEFENDANTS
(female genital mutilation ovary theft;uterus theft )

Gangstalking with intent to psychologically break White Female Nationals and expose

them to torture, gangrape, and ovary theft, to make babies and sell them for Nazi

Breeding program run by UCLA, Florida State and Bertlesmann Group.


Eight
Conspiracy against Rights for a Foreign Agent
Karen acted with and for ICM, Bertlesmann Group and Florida State University to

commit such crimes and her parents to deprive Lisa rights with the goal of stealing her

ovaries for Berltelmann Breeding program with Bob Spivak runs with schools UCLA and

Flordia State knowingly and  willfully for foreign agents ICM and Bertlesmann Group.



Nine

Monopoly
(Against the Bertlesmann Group)

Given  the Berltelmann group controls publishing and education and the United States

and most of the world's entire curriculum, they are withholding stories of white genocide,

targeting White Christians women for rape and torture and maiming and then stealing

their ovaries but hiding the true stories from the media, then depriving them of legal right

to disability insurance as the women's "owners." Bob Spivak and Karen Tucker both

work for the Bertlesmann Group, and targeted Lisa with giants like Aaron Spelling for

her ovaries, facial bones in baby tourism through Lisa's job The Grill on the Alley.



TEN
(Against All Defendants)

## NONCONSENSUAL HUMAN EXPERIMENTS WITHOUT CONSENT AND BABY THEFT

Given Karen Faked her death, to gain my equity from within my body, and went through

prolonged psychological torture with the Spivaks and the Spellings, the facts will reveal

that Karen's hate and greed subverted my life for the Bertlesmann Group who

systematically stole babies from Americans, by setting up hate crimes and preventing

work.

To earn money on royalties gained from stolen property and stolen trademarks and

committed such crimes using wire and communications. Through arrangement of

destruction of a protected computer in exchange for something of value.

Eleven
. Gangstalking Deprivation of Civil Rights
1983

(Agaisnt all Defendants)

Defendants DID gangstalk victims is a federal crime. Then unlawfully used their

personality rights to mock them in the press **Terrorism** is defined in the **Code** of

Federal Regulations as "the unlawful use of force and violence against persons or

property to intimidate or coerce a government, the civilian population, or any

segment" thereof, in furtherance of political or social objectives" (28 C.F.R. Section

0.85). They deprived Lisa of Right to Work, Right to health care, right to fairness in education.

### TERRORISM

### (AGAINST ALL DEFENDANTS) US CODE §2331

24

**Defendants and their agents willfully used Terrorism** is defined in the **Code** of Federal Regulations as "the unlawful use of force and violence against persons or property to intimidate or coerce a government, the civilian population, or any segment thereof, in furtherance of political or social objectives of Karen Tucker and her agents, associates using foreign principalities to hide criminal conduct" (28 C.F.R. Section 0.85).

Personality Rights

(Against All Defendants)

Personality rights are generally considered to consist of two types of rights:

1. The right of publicity, or to keep one's image and likeness from being commercially exploited without permission or contractual compensation. This is similar to the use of a trademark and the right of publicity can survive the death of the individual.

2. The right to privacy, or the right to be left alone and not have one's personality represented publicly without permission.

3. Lisa did not give right to herself being harmed or exploited and Defendants knowingly tortured her for years, to groom her for this torture to steal her personality rights, that were created when she was born, or produced poems, stories and music and other images.

4. Defendants knowingly and intentionally stole Lisa's rights to her image without consent or permission and stole her right to procreate and sold her ovaries, and body parts for money using coercion and terrorist tactics with intent on furtherance of social and political objectives to eradicate white women by stealing their ovaries.

PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for judgment as follows:

A. Determining that this action is properly before the federal court as murder for hire engaged in long term abuse and torture by employer and friends for Bertelsmann breeding program.

B. Declaring that Defendants violated the human slavery and torture international and US and UK laws; and forced servitude and sexual exploitation modes and methods AND birth tourism laws.

C.     Declare Defendants violated the personality rights under the Federal law by stealing ovaries without consent.

D.     Declare Defendants acted in violation of law for federal agents to commit espionage, economic espionage and did engage in human trafficking for rape and torture by Karen writing the theft of ovaries in her stories to execute a crime.

C. Award plaintiff costs in state court as to the Andrew Frankel and USC case who at all times relevant fall under the acts and facts described herein BC648115, whereas Lisa is being sued by her banks for Karen's intentional injuries, which were organized and executed By a gang that Karen and Jared and their agent Agent, ICM, Bob Spivak and Bertlesmann Group and the Federal Government for foreign agents organized to get lisa's uterus and two ovaries.

D. Award Plaintiff all monies unlawfully gained by Karen, Bob Spivak Bertlesmann

Group and their agents and Jared by disgorging their profits.

E. Declare the actions treasonous to the United States of America.

F.      Declare such actions terrorism against America in furtherance of political and

social objectives.

F. Awarding plaintiff's reasonable costs and expenses, including attorneys' fees; and

G. Awarding such other relief as the Court may deem just and proper.

G. Award reparations of holcaust of babies stolen, sterlizaation to cause injury. Selling

our babies, selling our art. Mutilaiton and lynching of White Christian Nationals.

H. Awarding back pay from discrimination at the Grill (my employer), ICM for

unlawfully using the guise of employment to gain babies for their breeding program.

I. Awarding Lisa and others discriminated against royalties for their stolen property,

return of their stolen currency and property and a public apology for sexual exploitation

reproductive harm and torture and knowledge of where their babies are.

K. Award Pain and Suffering and conspiracy against rights.

J. Award Plaintiffs knowledge of where their babies are.

I.    Reparations from Bertlesmann Group for 100 years of genocide against white Christians through unfair policy and procedure, throughout the De Beers, Harpers Collins, Universal, Apple Networks and world wide where US government and its agents are committed unfair genocide on a race.

II.    Return of stolen cultural objects and effects or an amount that reflects their value.

III.    Knowledge of where our children are, who our eggs were sold to, and ability to let the child know we are their true genetic parents.

IV.    Ordering Karen Tucker to cease plots to murder and maim and steal ovaries from innocent White Christian heterosexuals as her intent statement shows she wants to engage in torture and killing.

V.    Ordering the fact true that a Holocaust against White Christians did occur and that these actions are racist and discriminatory against women so they can enjoy the same rights as other classes and be protected and be afforded privilege to work and to healthcare.

VI.    Disgorge profits and allow share in the royalties of stolen tissue, currency and implanted devices.

VII.    Order flags removed so medical care so the women can have

the devices removed and jaw and faces rebuilt so they can breathe.

VIII.    ORDER Karen Tucker and Jared Lipof and Bob Spivak, ICM and Bertlesmann, and other defendants to refrain from organized torture and targeting to gain finances and babies. (Specifically forbid them from going after White Christian women).

IX.    Order White Heterosexual women a protected class so that agents cannot steal their right to have babies and then sell their babies oocytes, ovaries and other reproductive body parts.

X.    Order. *equitable Relief.*

JURY DEMAND

I certify that the foregoing is true and correct to the best of my understanding not being a lawyer and being deprived of rights to a lawyer. I certify that this certification was made on August 4, 2020 in the City of Los Angeles, County of Los Angeles in California. And that these statement are made under penalty of perjury to the best of my understanding and comprehension of the events, facts and acts and documentation of lynching, being sold for sexual assault and the screening process, deprivation of rights to employ others to bid on my rape and mutilation by Defendants Karen Tucker and their agents, associates and co-conspirators.

Plaintiff demands a trial by jury.

*Aug 4, 2020*

29

DATED: August 4, 2020

Lisa Douglass
PO Box 480913
Los Angeles, CA 90048
323-346-5175
lisa_douglass@icloud.com

## DECLARATION OF LISA DOUGLASS

I, Lisa Douglass, declare and say as follows:

1.     I am a resident of Los Angeles County.  I have personal knowledge of the matters stated in this declaration, and if called as a witness I could and would testify competently as stated herein. The acts and facts occurred between 2012 and 2019, the exact dates can be provided later thus are approximate.

2.  '   I was recently a plaintiff in a lawsuit called *Douglass v. Frankel* (BC648115).  During a minor rhinoplasty I was gangraped and my ovary was stolen, my jaw shortened and a spinal and facial implant installed so I could not breathe or smile easily. At the clinic I was exposed to HIV, sterilized and also used for Vaccines.

3.     Prior to this, I was gangstalked and targeted by Bob Spivak, Aaron Spelling and Karen Tucker at the Grill while working for California Restaurant Associates.

4.     Karen engaged in severest forms of psychological abuse, writing letters with statements and words that mean she wanted to murder me.

5.     Jared, her husband engaged in longterm psychological abuse by sending writing intended to scare Lisa and music intended to harm her.

5.      Karen with the help of the Spivaks and the Bertelsmann Group organized a giant group to gangstalk Lisa sell me for sexual slavery and to profit on those motives by stealing my ovaries and eggs for a breeding program organized and implemented by the Spivaks for the Bertlesmann Group.

5.      Karen wanted to maim me due to jealousy and due to wanting my body parts to make money on.

6.      Karen's letter of Teaching intent shows intent to deceive and harm and murder people through her writing.

11.      Karen's agent is at ICM.

12.      Lisa was called into ICM and Heroes and Villain with intent to screen her for the Nazi Breeding program where she would be burned alive and kept as a slave and both ovaries removed and sold organized by Karen Tucker.

13.      Facts that can be verified due to the emails that came to me and were sent to me from Karen calling me "L" which is from Miss Lonelyhearts which has a satanic poem about murdering a woman named L in it.

14.      Karen's intent on mutilating me was organized and executed with Bob Spivak and Bertlesmann Group, Jared Lipof and many others as well as ICM and other major players in the industry to deprive Lisa the right to work or medical care or to have children. Karen's hatred of Lisa and obsession with murdering her, will be proven in court.

22.      Karen made sure I couldn't work so she could eventually get my body parts, maim me and own me as a slave.

23..    .Karen knew my parents and sister and it is believed they organized the crime in conspiracy with her against me with intent on grooming me to get me back in AA where I could be raped, bullied and tortured by City officials.

25.    Karen's letter to Chicago University details the use of words to create death (as in to kill) and to empower students to commit crimes for the university by use of fire. Her obsession with gender and horror genres are described as a hodgepodge agenda that relates to sublime and beauty.

26.    KAREN was hired to groom me by pretending to be a friend, gaining trust when she really wanted to isolate me so I would be grateful for her disturbing letters which detailed how she wanted to kill me and maim me.

27.    Karen also organized Jared Lipof her husband to stalk me and send me thousands of pieces of music, which also detailed wanting to murder me and both are related to the Church of Scientology and the LA Review of Books' Tom Lutz.

28.    Instead of Karen going to jail for her obsessive rage and interest In torturing me and preventing me from working, she was promoted and paid to conduct the torture by Bertlesmann Group, who also paid Mike Chapman, Kent Geib and Davey Meshell to target me and steal my Personality rights and rights to procreate.

59.    The horse breeding documents where they hide that they use women for breeding, shows I was nominated for breeding a foal by a UC Regents employee Travis Miller and referred to me as a "Sexy Blonde" that they intended to use for unlawful organ theft and breeding. Mike Horowitz, who is an FBI agent is listed as a coach on my records and communicated with my best friend at the time Marrianne Manock. Marianne then faked her death to steal my body parts.

60.     The government knew about our injuries and tampered with our rights in courts by payoffs, traceable to Canada and New South Wales. Through DeBeers and Newscorp and Disney proxies.

61.     I went for surgery on 1/29/2015 in response to years of bullying by Karen and others and the deprivation of rights. My surgeon promised not to remove any tissue due to my Christian faith.

62.     Instead of the agreed upon procedure My face was shortened over an inch, which has left me severely disabled. They lobotomized me and I woke up bleeding from the vagina as they stole my ovary and raped me. They installed a device in my neck which causes severe pain.

63.     For years I tried to get someone to help me and rebuild my severely shortened upper jaw.

64.     Doctors lied and lied and I would sob and cry and beg for help.

65.     Karen knew about my injuries as she wrote them to happen for those mentioned on this lawsuit.

66.     On or about 1/19/2018, I traveled overseas for the rebuilding of my nose by Lucian Ion.

67,     I sued in court due to my severe injuries and the refusal of any treatment by my insurance or providers to rebuild my jaw.

68.     My judge in state court case BC648115 forced me to tell him who my overseas surgeon was even after I told him my lfie was in danger.

69.     After I told My judge it was Mr. Ion, Mr. Ion called me and contacted me repeatedly claiming he knew how to remove the torture device.

70.    I went back to England and the military jumped me and raped me and stole my second ovary, and mutilated me by stealing my rib that was in my nose and covering me with silicone, because Karen organized my second ovary to be stolen. I was lobotomized according to documents by Keck School of medicine, and they "killed me." As Karen had wanted to hurt me so badly.

71.    I have severe pain from loss of both ovaries and no ability to get medication or hormones because this is terrorist acts and our medical system has refused to help me but paid Karen for the crimes and promoted her for the crimes.

72.    State officials have tampered with my rights to finances, Banking, Education to protect Karen Tucker whose writing will reveal intent to enslave, lobotomize and steal ovaries from women for her own "private" research with the motive of social and political objective of harming White Christian Women Americans for foreign and domestic agents.

73.    Davey Meshell and Kent Geib organized that I do an album. Davey asked Kent to do the cover which shows me as a puppet and the album is called Your Doll.

74.    Davey rewrote my songs as spells against me, then asked me to sign with his father's agency, Music and Media international which is directly related to Bertelsmann Group as his father was a VP for BMG for many years before starting Music and Media International. MMI also operates in the UK.

75.    I have proof of my statements and online can see who earned money from my injuries and who has patents for my stolen ovaries, and other tissue.

76.    After I sued, I have been stalked by other agents of DaVinci School which uses the same address as Music and Media international which undertook to sign me to a contract to sell me as a slave, not to promote my music.

77.    Agents of Davinci School asked me to say the "N" Word in writing and on film.

78.    The actions of Music Media international to trap me into saying the N word to justify organ theft and ovary theft will be proven in court as unfair business practice and extortion.

78.    Linda Benskin wrote me a letter claiming she wanted me dead and wrote many things about practicing witchcraft on her blog admitting to "collecting the bones." Linda works for Yoga works and LA County.

79.    Linda Invited me to a class called Writer's Emporium where witches were invited and I was severely abused in the class at her home and after.

80.    Her letter Goodbye Flower was about murdering me and how I didn't deserve to be alive and how she hated me. Flower is the name given to girls being tortured as detailed in Flowers in the Attic.

81.    Marianne Manock was my best friend at the time. She told me she was having an affair with Michael Horowitz who wrote graphic porn that she annotated. She kept calling me the Sexy Blonde, the same name the UCLA used for the Foal documents of my ovary theft.

82.    Marianne Manock, Kent Geib and Linda Benskin all faked their deaths in order to profit on my injuries..

83.     All of these facts can be proven. We should have been able to restore out

rights in state court, but they wanted to hide their conduct and hide Karen's terrorist acts

to steal ovaries.

84.     After firing me at the Grill I was unable to get work, until I was finally

hired by Victoria Pynchon as a personal assistant (she introduced me to Les Weinstein a

procurement agent for UCLA). It is believed the California Restaurant Association

Foundation put me on a list not to work and to prevent me from getting jobs after telling

Aaron Spelling to come look at me for their breeding program.

85.     For all other facts, please see the associated lawsuit CV20-6448-DSF

(JEMX)

86.     The practice of targeting us by race and religion is truly reprehensible.

87.     Karen Tucker's acting coach was arrested for raping an underage girl and

in the press it claims Karen Beats children in her classroom. Yet no LAPD would look

into it because of their association with Scientology which Cameron Thor and Karen

Tucker are both members of.

88. Gordy Hoffman brought me to LA Detention Center
with intent on gaining me in permanent Detention.

I declare under penalty of perjury according to the laws of the State of California

that the foregoing in true and correct and does not contain everything as the plot against

me to withhold my rights was enormous and lasted my whole lifetime. But most of those

details are in the pleading itself. I was targeted for torture for my freedoms and this case

comes out of retaliation of my freedom of speech. Gordy used my friendship
to make money for his Blue Cat Contest
    I was brought to meet Ron Howard to
Screen me at UTA. He wanted to traffic me.

88.    Being beautiful should not be a crime but in California it is a crime worth maiming and injuring regular American Rights for, and this complaint details the lengths people will go to steal rights of innocent Americans White Nationals who are Christian.

At Los Angeles, California, this 4 August, 2020

Lisa Douglass

CERTIFICATE OF SERVICE
I hereby certify that, on this 4th day of August, 2020, I drove to court to file the Foregoing

CLASS COMPLAINT FOR CLASS-WIDE DECLARATORY AND INJUNCTIVE RELIEF AND FOR INDIVIDUAL RELIEF OF RETURN OF PROPERTY AND COMPENSATORY DAMAGES with the Clerk of Court using the CM/ECF System.
I further certify that I caused a copy of
the foregoing Class Action Complaint to
be sent by certified mail to the following

Attorney General William Barr
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

BERTLSEMANN GROUP (GERMANY)
Bertelsmann SE & Co. KGaA
Carl-Bertelsmann-Straße 270
33311 Gütersloh

KAREN TUCKER, is a teacher and writer who works for LA Review of Books, Keck Medicine, Florida State and is located in Florida and Asheville North Carolina
Office of the **General Counsel**, 222 South Copeland Street, Suite 424, Tallahassee, **Florida** 32306-1400

General Counsel
HONEYWELL INTERNATIONAL OWNS AND OPERATES
SANDIA LABORATORY and

2525 W 190th St, Torrance, CA 90504

General Counsel
ICM AGENCY
10250 Constellation Blvd, Los Angeles, CA 90067

.

FLORIDA STATE U
Office of the **General Counsel**, 222 South Copeland Street, Suite 424, Tallahassee, **Florida** 32306-1400


CALIFORNIA RESTAURANT ASSOCIATION FOUNDATION
California Restaurant Association Foundation
621 Capitol Mall, Suite 2000
Sacramento, CA 95814

JARED LIPOF
26 Montview Drv, Asheville, NC 28801-1114

KENT GEIB acting for Honeywell and Bertlesmann Group did fake his death in order to gain my body parts. I do not know his current whereabouts but I suspect Honeywell and Bertlesmann will.

MUSIC AND MEDIA INTERNATIONAL
*Music & Media International*, Inc. 23 Corporate Plaza, Suite 150. Newport Beach, CA 92260.

(And their agents Mike Chapman and Davey Meshell)

THE ROSE'S AGENCY Jeffrey Rose
37 Cambridge Ave, Pittsfield, MA 01201

DBA Rose's Agency Gary Peskin
585 S Fairfax Ave, Los Angeles, CA 90036


CANDY SPELLING
594 S Mapleton Dr, LA 90012

TOM LUTZ
LOS ANGELES REVIEW OF BOOKS
LARB, *6671 Sunset Blvd.*, Suite 1521, Los Angeles, CA 90028.


MARIANNE MANOCK
**5700 Etiwanda Ave**
CANOGA PARK, CA 91342

LINDA BENSKIN
18233 Rancho St, LA, CA 91432

Gordy Hoffman
BlueCat Competition (BlueCat International)
113 N. San Vicente Blvd. 2nd floor
Beverly Hills, CA 90211

Ron Howard
Imagine Entertainment
9465 Wilshire Blvd. 7th Fl.
Beverly Hills CA 90212