**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-7006-GW-JEMx | Date | December 18, 2020 |
|---|---|---|---|
| Title | *Lisa Douglass v. Bertlsemann Group Germany, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

None Present                                             None Present

**PROCEEDINGS :    IN CHAMBERS - ORDER**

On August 4, 2020, Plaintiff filed what she titled a "class action complaint" against a myriad of individual, corporate and governmental defendants alleging fantastical crimes such as "stealing both ovaries from healthy individuals to destroy their reproductive value." *See* Complaint at 7, Docket No. 1. On December 7, 2020, this Court issued an Order to Show Cause re Lack of Prosecution in that no proof of service had been filed as to any defendant. *See* Docket No. 10.  On December 16, 2020, Plaintiff filed a Response to Order to Show Cause wherein she stated *inter alia* that: "I hope you can Dismiss this case without prejudice and I request return of my filing fee so I can submit my new case." *See* Docket 11 at 2. Pursuant to Plaintiff's request, the Court orders this case dismissed without prejudice, and the Plaintiff's filing fee is to be returned to her.

:

Initials of Preparer   JG